```
                                                        U.S. DISTRICT COURT
                                                        DISTRICT OF VERMONT
                                                              FILED
              UNITED STATES DISTRICT COURT
                       FOR THE                          2016 SEP 15 PM 12: 25
                  DISTRICT OF VERMONT
                                                              CLERK

                                                        BY_____
                                                           DEPUTY CLERK
```

SCOTT A. LOWE, )
    Plaintiff )
     )
    v. )   Docket No. 5:16-cv-248
     )
PFIZER, INC., )
    Defendant )

## NOTICE OF REMOVAL

Defendant Pfizer, Inc. ("Pfizer"), by its counsel, and pursuant to 28 U.S.C. §§ 1332 and 1441, files this Notice of Removal with respect to the case entitled *Scott Lowe v. Pfizer, Inc.*, from the Vermont Superior Court, Orleans Civil Division. The grounds for this removal are as follows:

    1.     On August 15, 2016, Pfizer was served with the above-referenced Complaint, which alleges failure to warn and product liability. A copy of the Summons, Complaint, and Return of Service is attached as <u>Exhibit 1</u>.

    2.     This Court has subject matter jurisdiction over the Complaint because of diversity of citizenship pursuant to 28 U.S.C. § 1332.

    3.     Diversity jurisdiction exists in this matter, in that:

        a.     Plaintiff Scott Lowe is an inmate at the Northern State Correctional Facility in Newport, Vermont, and a resident of Vermont. (Exhibit 1.)

        b.     Pfizer is a Delaware corporation with its principal place of business in the State of New York.

gravel &
shea   ATTORNEYS AT LAW
76 St. Paul Street
P.O. Box 369
Burlington, Vermont 05402-0369
A PROFESSIONAL CORPORATION

4. Additionally, the amount in controversy herein exceeds $75,000.00, exclusive of interest and costs. 28 U.S.C. § 1332(a). The Complaint seeks $20,000,000 in compensatory damages and $10,000,000 in punitive damages.

5. Because Plaintiff and Defendant are citizens of different states and the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 and this case is removable to this Court pursuant to 28 U.S.C. §§ 1441 and 1446(b).

6. By filing this Notice of Removal, Defendant does not waive any defenses available at law, in equity or otherwise.

7. Written notice of the filing of this Notice will be served upon Plaintiff and filed with the Vermont Superior Court, Orleans Civil Division.

WHEREFORE, Defendant respectfully requests that the above-referenced civil action proceed in the United States District Court for the District of Vermont as an action properly removed thereto under 28 U.S.C. § 1332 and 1441.

Dated:   Burlington, Vermont
         September 15, 2016

_____
Robert B. Hemley, Esq.
Gravel & Shea PC
76 St. Paul Street, 7th Floor, P. O. Box 369
Burlington, VT 05402-0369
(802) 658-0220
rhemley@gravelshea.com
For Defendant Pfizer, Inc.

<1155595v1/RBH>

