

## CT Corporation

**EXHIBIT**

**1**

**Service of Process Transmittal**
08/15/2016
CT Log Number 529682007

| | |
|---|---|
| **TO:** | Alys Kremer, Manager, Litigation CoE<br>Pfizer Inc.<br>235 E 42nd St, Mail Stop 235/27/01<br>New York, NY 10017-5703 |
| **RE:** | **Process Served in Vermont** |
| **FOR:** | Pfizer Inc.  (Domestic State: DE) |

**RECEIVED**

*By Pfizer Litigation Intake at 12:14 pm, Aug 17, 2016*

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Scott Lowe, Pltf. vs. Pfizer, Inc., Dft.<br>*Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Return, Summons, Complaint, Affidavit, Letter, Notice(s), Certificate(s), Entry(s), Motion(s) |
| **COURT/AGENCY:** | Orleans County Superior Court, VT<br>Case # 611605CV |
| **NATURE OF ACTION:** | Product Liability Litigation - Drug Litigation - Personal Injury - Chantix |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Williston, VT |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 08/15/2016 at 14:57 |
| **JURISDICTION SERVED :** | Vermont |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days of the date on which you received this summons |
| **ATTORNEY(S) / SENDER(S):** | Scott Lowe<br>NSCF<br>2559 Glen Rd<br>Newport, VT 05855 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/16/2016, Expected Purge Date: 09/15/2016<br><br>Image SOP<br><br>Email Notification,  Alys Kremer  ALYS.M.KREMER@PFIZER.COM<br><br>Email Notification,  Daniel Ferrer  Daniel.Ferrer@Pfizer.com |
| **SIGNED:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>400 Cornerstone Drive<br>Suite 240<br>Williston, VT 05495-4037<br>617-757-6404 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

# CHITTENDEN COUNTY SHERIFF'S OFFICE
## P.O. BOX 1426
### BURLINGTON, VERMONT 05402

## RETURN OF SERVICE

_Lowe_ VS. _PFizer_   6-1-16

Docket #

On the _15_ day of _August_, 20_16_ I made service of the following document(s) upon the defendant _PFizer Inc_

- ☒ Summons
- ☒ Complaint
- ☒ Motion(s)
- ☒ Affidavit
- ☐ Summons to Trustee
- ☐ List of Exemptions
- ☐ Trustee Disclosure Under Oath
- ☐ Order to Escrow Rent
- ☐ Notice to Vacate
- ☐ Subpoena - Witness fees of _____
- ☒ _Entry's_
- ☐ _____
- ☐ _____

- ☐ Interrogatories
- ☒ Exhibit(s)
- ☐ Writ of Possession
- ☐ Judgment Order
- ☐ Order _____
- ☐ Memorandum of Law
- ☐ Notice of Hearing _____
- ☐ Writ of Attachment
- ☐ Recognizance

☐ by delivering a copy of the same to the defendant.
☒ by delivering a copy of the same to _AKA Bredice - Agent for ct corpsystem registered agent_

☐ a person of suitable age and discretion and then and there a resident at the usual place of abode of said defendant.
☒ At _400 Cornerstone Dr Williston_ Vermont, (for each of them) a copy thereof with my return endorsed thereon.

| | | | |
|---|---|---|---|
| Service | | Copies $ | |
| Travel | | Miles | |
| Postage | | | |
| Copying | | Copies | |
| Other | | | |
| TOTAL | $ | | |

Sheriff/Deputy Sheriff

## STATE OF VERMONT

**SUPERIOR COURT**                                   **CIVIL DIVISION**
**Orleans Unit**                                     **Docket No. 6-1-16 Oscv**

| Scott Lowe | vs.   Pfizer, Inc. |
|------------|---------------------|

## SUMMONS

**THIS SUMMONS IS DIRECTED TO Pfizer, Inc.**

**1. YOU ARE BEING SUED.** The plaintiff has started a lawsuit against you. The Plaintiff's Complaint against you is attached to this summons. Do not throw these papers away. They are official papers that affect your rights.

**2. YOU MUST REPLY WITHIN 20\* DAYS TO PROTECT YOUR RIGHTS.** You must give or mail the Plaintiff **a written response called an Answer within 20\* days** of the date on which you received this Summons. You must send a copy of your Answer to the [Plaintiff][Plaintiff's attorney] located at;
**Scott Lowe, NSCF, 2559 Glen Rd,  Newport, VT, 05855**

**Pro Se,**
   ,    ,    ,

You must also give or mail your Answer to the Court located at:  **Vermont Superior Court, Civil Division, Orleans Unit, 247 Main Street, Newport, Vermont  05855, (802) 334-3305**.

**3. YOU MUST RESPOND TO EACH CLAIM.** The Answer is your written response to the Plaintiff's Complaint. In your Answer you must state whether you agree or disagree with each paragraph of the Complaint. If you believe the Plaintiff should not be given everything asked for in the Complaint, you must say so in your Answer.

**4. YOU WILL LOSE YOUR CASE IF YOU DO NOT GIVE YOUR WRITTEN ANSWER TO THE COURT.** If you do not Answer within 20\* days and file it with the Court, you will lose this case. You will not get to tell your side of the story, and the Court may decide against you and award the Plaintiff everything asked for in the complaint.

**5. YOU MUST MAKE ANY CLAIMS AGAINST THE PLAINTIFF IN YOUR REPLY.** Your Answer must state any related legal claims you have against the Plaintiff. Your claims against the Plaintiff are called Counterclaims. If you do not make your Counterclaims in writing in your Answer, you may not be able to bring them up at all. Even if you have insurance and the insurance company will defend you, you must still file any Counterclaims you may have.

**6. LEGAL ASSISTANCE.** You may wish to get legal help from a lawyer. If you cannot afford a lawyer, you should ask the court clerk for information about places where you can get free legal help. **Even if you cannot get legal help, you must still give the Court a written Answer to protect your rights or you may lose the case.**

**7. NOTICE OF APPEARANCE FORM.** THE COURT NEEDS TO KNOW HOW TO REACH YOU SO THAT YOU WILL BE INFORMED OF ALL MATTERS RELATING TO YOUR CASE. If you have not hired an attorney and are representing yourself, in addition to filing the required answer it is important that you file the Notice of Appearance form attached to this summons, to give the court your name, mailing address and phone number (and email address, if you have one). You must also mail or deliver a copy of the form to the lawyer or party who sent you this paperwork, so that you will receive copies of anything else they file with the court.

_Susan Pion, Deputy Clerk_     _5/2/16_
Plaintiff's Attorney/Court Clerk          Dated

Served on _____     _____

      Date                              Sheriff

* Use 20 days, except that in the exceptional situations where a different time is allowed by the court in which to answer, the different time should be inserted.

100-00268 Summons (9/2015)
6-1-16 Oscv          Lowe vs. Pfizer, Inc.

Page 2 of 2

*STATE OF VERMONT*

*Superior Court*          6-1-16-OScv

ORLEANS COUNTY                    CIVIL DIVISION

Docket No.: T.B.A.

COMPLAINT OF FAILING TO WARN

OF ADVERSE SIDE EFFECTS &

DRUG INTERACTIONS

FILED

JAN 13 2016

VERMONT SUPERIOR
COURT
ORLEANS UNIT

HERE COMES Scott Lowe, Plaintiff Pro se in this matter, and brings forth this complaint in accordance with the Vermont Rules of Civil Procedure. And in support of this action, states the following:

1. On May 29, 2007, the Plaintiff was examined by his Primary Care Provider (PCP), Dr. Adam Schwarz, M.D. of the Hanover Continuity Clinic in Hanover, New Hampshire.

2. During said examination, the Plaintiff was diagnosed with Attention Deficit Hyperactivity Disorder (ADHD) combined type, depression, hernia (bi-lateral), and nicotine addiction and withdrawl.

3. The Plaintiff's hernias were repaired using Laproscopic surgery and he was perscribed Bactrim as a preventative measure to possible infection. The Plaintiff's ADHD was treated with perscribed Desoxyn (tablets, 5mg taken orally 1x per day). For the Plaintiff's depression, Dr. Schwarz recommended counselling. And with regards to the nicotine addiction and withdrawl, after Nicotine Replacement Therapy (NRT) proved unsuccessful, Dr. Schwarz perscribed the smoking cessation medication, Chantix.

4. Chantix is the brand name of the drug Varenicline, manu-factured and distributed by Pfizer, Inc. with corporate offices in New York, New York.

5. The first attempt at the smoking cessation, using Chantix, was unsuccessful. And therefore, Dr. Schwarz approved a second perscription of Chantix for another attempt at smoking cessation.

6. The Chantix perscriptions were purchased at Kmart Pharmacy in West Lebanon, New Hampshire, which also supplied an information pamphlet containing directions, indications and a few of the minor side effects of the medication.

7. The listed minimal side effects included: possible disturbing dreams or nightmares (especially after quitting Chantix), change in appetite, nausea, vomiting and constipation.

8. There was no information regarding interactions with other medications at the time. Especially involving psychiatric medications, and no information about any long-term side effects.

9. The initial U.S. Approval of Chantix was in 2006. And the Plaintiff was perscribed Chantix, both times, the following year.

10. In June, 2007, the Plaintiff had been taking Chantix, as perscribed on the medication bottle, as directed. His mood,

character and psychological demeanor began to adversely change. He became permiscuous (sexually), continuously agitated, agressive and depressed. Supressed memories of traumatic childhood events, came forward in dreams, nightmares and flashbacks.

11. Although the Plaintiff's spouse attempted on several occassions, to alert Mr. Lowe to the gradual negative changes, Mr. Lowe denied the changes and could not, at that time, be made self aware of the problem.

12. Later, in 2008, the Plaintiff and his spouse separated, as Mr. Lowe had numerous extra-marital affairs and impregnated another woman. Acts that Mr. Lowe had not committed in many, many years.

13. During the months that followed his separation in 2008, the Plaintiff became increasingly depressed, agitated, sexually brazen in his activities with his new girlfriend, and acting outside of his normal character.

14. In the Spring of 2008, the Plaintiff had failed to quit smoking, and chose not to attempt it again at that time.

15. Later, some of the Plaintiff's memory was starting to slightly fail him. Mr. Lowe was forgetting minor things he had said or done and sometimes lose track of time.

16. In the Summer of 2010, the Plaintiff, acting completely out of character, committed the crimes of Lewd and Lasciviousness and Sexual Assault of a Minor. And is now serving ten years (10) to Life, as his sentence.

17. Since the Plaintiff's first perscription of Chantix, to the present date, the Plaintiff experiences the following symptoms: quick changes in mood, depression (in varying severity), flashbacks and night terrors of supressed childhood traumatic events, mild hallucinations, paranoia, anxiety, agitation, agression towards others, occassional memory loss, and dreams so vivid, that when the Plaintiff awakens from them, he jolts violently to the point he throws himself out of bed. Also, insomnia, fatigue, back pain and Restless Leg Syndrome (RLS).

18. Most of these developed effects have worsened due to being incarcerated, but began during the administration of the Chantix medication in 2007.

THEREFORE, the Plaintiff is respectfully requesting this Honorable Court, to grant the following relief:

A. For the Defendant's failure to notify consumers of All possible side effects or properly label their product prior to 2008;
   1. Order the Defendant to re-evaluate and institute both lab and public testing, that includes drug interactions, of all pharmaceuticals; and

2. Order the Defendant be mandated to list, on all packaging of pharmaceuticals produced and/or distributed by Pfizer, Inc., any and all side effects (regardless of how slight), including possible drug and alcohol interactions.

B. For the physical and psychological ailments of the Plaintiff, arising and/or worsening as a result of administration of the Chantix medication, as perscribed:

    1. Pay to the Plaintiff, for reparative therapy Mr. Lowe will have to undergo, five million dollars ($5,000,000); and

    2. Pay to the Plaintiff, for the Defendant's contribution to actions, as a result of their negligence, fifteen million dollars ($15,000,000). This amount is to be donated to the victims of the Plaintiff's actions.

C. For the loss of wages, contribution to Mr. Lowe's incarceration and contribution to creating hardship and estrangement of Mr. Lowe with his family:

    1. The Defendant pay to the Plaintiff, punitive damages in the amount of ten million dollars ($10,000,000).

D. For this Court to grant any further relief as is deemed fair and just.

Respectfully submitted this 12th day of January, 2016.

Scott A. Lowe, Pro Se Plaintiff

Form 804

# AFFIDAVIT

| Vermont Superior Court | County Orleans | Docket Number To Be Assigned |
|---|---|---|

| Plaintiff Scott Lowe | v. | Defendant Pfizer, Inc. |
|---|---|---|

In support of the complaint, motion, petition or objection filed in this case, subject to the penalties for perjury, I state the following facts, which are true to the best of my knowledge and belief:

I, Scott Lowe, have had a history of depression and psychological issues, stemming from childhood trauma, both diagnosed and undiagnosed. In May 2007, I was officially diagnosed with Attention Deficit Hyper-Activity Disorder (ADHD) combined type, depression and Tobacco Smoking Addiction, by my Primary Care Provider (PCP), Dr. Adam Schwarz, M.D.

Smoking cessation methods I had tried in the past, included nicotine patches, nicotine gums and "cold-turkey". All of which were unsuccessful.

Dr. Schwarz perscribed Desoxyn to treat my ADHD, Bactrim for a forthcoming surgery (as a preventative measure), and Chantix brand (varenicline) smoking cessation medication.

At that time, there was little information about possible side effects or drug interactions, especially on those whom suffer from depressions or other types of mental illnesses.

I started to have severe and drastic mood changes, shortly after taking Chantix, although I did not notice or recognize it muself. And this change, along with other personality changes, did not deminish when I discontinued the Chantix. There was no warning about continued, long-lasting (possibly permanent), neuropsychiatric side effects.

As a result of the long-lasting side-effects (which continue to this day), I have been through two (2) divorces, multiple extra-marital affairs, an unexpected child, traumatic nightmares almost every night, flashbacks of child-hood traumatic events, that my memory had suppressed for years. And most severely, I committed a sexual assault on a minor, and serving 10 years to life in prison.

I am currently taking medication for my depression symptoms, poor sleep habits and my fluctuating health, by Centaurion medical services while I am in prison.

It is my belief that Chantix was and is the cause of the major personality changes I experienced, that eventually led me into the situation I currently, and forever will have to endure.

| Signature [signature] | Date 1/6/2016 |
|---|---|

Subscribed and sworn to before me:

[signature]
Signature of Notary

| Date 1/6/2016 | Expiration Date 2/10/2019 |
|---|---|

10/02 SML

January 8th, 2016

Dear Clerk of the Court,

6-1-16-OScv

Enclosed, please find a Complaint, an Affidavit and an Application to Waive Filing Fees and Service Costs.

I am an indigent inmate, housed at the Northern State Correctional Facility here in Newport.

I wish to file these and request that a copy be made and served upon the defendant, Pfizer, Inc. at the address provided below.

Thank you for your assistance and I look forward to your reply.

Sincerely,

Scott A. Lowe

Defendant Address
   Pfizer, Inc.
   Corporate Offices
   235 East 42nd Street
   New York, NY  10017

FILED

JAN 13 2016

VERMONT SUPERIOR COURT
ORLEANS UNIT

# NOTICE OF LAWSUIT

TO: The Chief Executive Officer
OF: Pfizer, Inc.

A Lawsuit has been commenced against you. A copy of the complaint is attached to this notice. It has been filed in the Orleans Superior Court, Civil Division and has been assigned Docket Number 6-1-16 Osev
This is not a formal summons or notification from the court.
The rules of this notice, the complaint, and the attached Acceptance of Service are governed by the Vermont Rules of Civil Procedure.
Please signe and return one (1) copy of the Acceptance of Service provided no later than Feb. 29, 2016. Failure to do so may result in formal service and summons from the court named herein.

I affirm that this Notice is being sent to you on the 29th day of January, 2016

Scott A. Lowe, Plaintiff

Jan. 29, 2016

Dear Clerk of the Court,

    Enclosed, please find a Notice of Lawsuit and Certificate of Service in the matter of Lowe v. Pfizer, Inc. docket number 6-1-16 Oscv.

    These, along with a copy of the Complaint and Acceptance of Service form were mailed to the Defendant, by me on January 29, 2016.

    Please include these in the file, and should you have any questions, please contact me at the address below.

    Thank you.

Sincerely,

Scott A. Lowe

FILED

FEB -3 2016

MORI SUPERIOR
COURT
...NS UNIT

Scott Lowe #56073
℅ NSCF
2559 Glen Road
Newport, VT 05855

## CERTIFICAT OF SERVICE

I, Scott A. Lowe, Pro se Plaintiff in the matter of Lowe v. Pfizer, Inc., docket number 6-1-16 Oscv in the Orleans, County Superior Court, Newport, Vermont hereby swear, Under the penalty of purjury, that the following listed items were this day forwarded to the defendant via first class mail.

Items sent: A true copy of Complaint of Failing to Warn, A Notice of Lawsuit, and an Acceptance of Service with a copy of Acceptance to be mailed to Plaintiff signed.

Mailed to: Pfizer, Inc.          , with last known address being 235 E. 42nd St, NY, NY 10017.

Signed _Scott A. Lowe_          Date: _Jan. 29, 2016_
        Plaintiff

Vermont Superior Court
Orleans Civil Division
247 Main Street
Newport, Vermont 05855
www.VermontJudiciary.org  -  (802) 334-3305

ENTRY REGARDING MOTION

Lowe vs. Pfizer, Inc.                                    6-1-16 Oscv

Title:

Request for Court to service defendant,

No. 2

Filed on: January 13, 2016

Filed By: Pro Se, Attorney for:
                    Plaintiff Scott Lowe

*FILED*
*JAN 19 2016*
*VERMONT SUPERIOR*
*COURT*
*ORLEANS UNIT*

Response: NONE

___ Granted   Compliance by_____

✓ Denied

___ Scheduled for hearing on: _____ at _____;Time Allotted _____

___ Other
Plaintiff is entitled to have filing costs +
service fees waived. He is responsible
for obtaining service as defined in
law.

_____          _____
          Judge                          Date  1/19/16

================================================================
Date copies sent to: 1/20/16        Clerk's Initials _____

Copies sent to:
    Plaintiff Scott Lowe
    ~~Defendant Pfizer,~~ Inc.

# STATE OF VERMONT

SUPERIOR COURT      FILED      CIVIL DIVISION

ORLEANS Unit     MAR 30 2016     Docket No. 6-1-16 Oscv

VERMONT SUPERIOR
COURT
ORLEANS UNIT

## MOTION TO PROVIDE SERVICE

HERE COMES Scott Lowe, Plaintiff pro se, and respectfully requests and moves that this honorable court provide the following:

1) Have the Defendant formally served by any means allowable by law, the following items: (a) the Complaint; (b) the Affidavit of Scott Lowe; (c) a formal Notice of Lawsuit; and (d) Summons.

2) Require the Defendant to answer the Complaint within the time limits set by the Court.

In support of this motion, the Plaintiff offers the following:

A) The Plaintiff mailed to the Defendant via first class mail, a copy of the Complaint, the Affidavit of Scott Lowe, a Notice of Lawsuit, Certificate of Service, and two (2) Acceptance forms.

B) The Defendant has not responded in any way, shape or form.

C) The plaintiff is an indigent inmate, housed in the Northern State Correctional Facility in Newport, VT and cannot afford to pay for formal service by Sheriff's Dept.

Respectfully submitted this 15th day of March, 2016.

Scott A. Lowe, Pro Se

## STATE OF VERMONT

SUPERIOR COURT                                        CIVIL DIVISION
ORLEANS UNIT                              Docket No.: <u>6-1-16 Oscv</u>

SCOTT LOWE                    )
                              )
v.                            )
                              )
Pfizer, Inc.                  )



## MOTION FOR
## DEFAULT JUDGEMENT

    HERE COMES Scott Lowe, Plaintiff pro se in the above-named case, and provides in support of this motion, the following facts:

    1. On January 11, 2016, Plaintiff did mail, via First-Class U.S. Postal Service, a <u>Complaint of Failing to Warn of Adverse Side Effects & Drug Interactions</u> to this Court.

    2. Said filed complaint made claims against the Defendant's product, called CHANTIX, regarding the drug's short-term and long-term side effects and adverse reactions.

    3. Plaintiff made request to this Court to have the Defendant' properly served at the Defendant's last known address.

    4. On January 19th, this Court ordered the request denied, stating that Plaintiff "is responsible for obtaining service as defined in law."

    5. On February 1, 2016, Plaintiff did mail, via First-Class U.S. Postal Service, a copy of the complaint, Affidavit of the Plaintiff, Notice of Lawsuit, and Acceptance of Service forms along with Certificate of Service.

    6. After receiving no response from the Defendant, the Plaintiff filed on March 28, 2016, a <u>Motion to Provide Service</u>, requesting this Court to have the Defendant properly served.

    7. To date, the Defendant has not yet responded to the complaint filed.

    8. The complaint was filed with an In forma pauperis and in accordance with V.R.C.P. 3.1 and Process was requested in accordance with V.R.C.P. 4(b), and Plaintiff mailed service in accordance with V.R.C.P. 4(c) and (f).

    THEREFORE, the Plaintiff respectfully requests this Court to grant the following relief:

    A. Grant a judgement of DEFAULT against the Defendants and find in favor of the Plaintiff, pursuant to V.R.C.P. 55(a); and

    B. Grant other relief as fair and just.

Respectfully submitted this 20th day of April, 2016.

_____   Plaintiff
Scott Lowe, Pro se

## STATE OF VERMONT

FILED
APR 25 2016
VERMONT SUPERIOR
COURT
ORLEANS UNIT

_____ )
_____ )
_Scott Lowe_____ ,)
        **Plaintiff(s),**

Docket No. _6-1-16 Oscv_

   VS.

_Pfizer, Inc._____ )
_____ )
_____ ,)
        **Defendant(s).**

## CERTIFICATE OF SERVICE

    I, _Scott Lowe_____, representing myself, do hereby certify that on

this _20th_ day of _April, 2016_   I served a copy of the foregoing:

_Motion for Default Judgement_____

on the opposing side by mailed a copy thereof to (list the name and addresses of the person(s) you

sent a copy to):

     _Pfizer, Inc._____        _____
     _Corporate Office_____       _____
     _235 East 42nd Street_      _____
     _New York, New York 10017_   _____

                         _Scott A. Lowe_____   _4/20/2016_
                          Signature                Date:

# STATE OF VERMONT

SUPERIOR COURT
Orleans Unit

CIVIL DIVISION
Docket No. 6-1-16 Oscv

| Lowe vs. Pfizer, Inc. |
| --- |

## ENTRY REGARDING MOTION

Count 1, Negligence (6-1-16 Oscv)

Title:      Motion Motion to Make Order and Compel Service. (Motion 5)
Filer:      Scott Lowe
Attorney:   Pro Se
Filed Date: June 1, 2016

No response filed

**The motion is DENIED IN PART.**
The court is not going to order the Orleans Sheriff to make service outside its normal
jurisdictional area.

The court, on re-review, authorizes service under Rule 4(d)(7) on  Pfizer's agent in Vermont.
Service should be made by serving the summons and complaint and this and the previous
court's order via the appropriate county sheriff.
The time to accomplish service is enlarged to August 15, 2016.
So ordered.

Electronically signed on July 12, 2016 at 04:55 PM pursuant to V.R.E.F. 7(d).

Robert R. Bent,
Judge

Notifications:
Plaintiff Scott Lowe
Robert B. Hemley (ERN 2941), Attorney for Defendant Pfizer, Inc.

# STATE OF VERMONT

SUPERIOR COURT
Orleans Unit

CIVIL DIVISION
Docket No. 6-1-16 Oscv

| Lowe vs. Pfizer, Inc. |
|---|

## ENTRY REGARDING MOTION

Count 1, Negligence (6-1-16 Oscv)

Title:       Motion To Provide Service (Motion 3)
Filer:       Scott Lowe
Attorney:    Pro Se
Filed Date:  March 30, 2016
No response filed

**The motion is GRANTED IN PART.**

The court has reviewed the applicable rule and Plaintiff's filing. Rule 3.1 V.R.C.P. provides that on granting a Plaintiff the right to file in forma pauperis the clerk, "shall order service to be made by the appropriate method provided in Rule 4."

In this case, the appropriate manner of service appears to be pursuant to Rule 4(d)(7). This will require Plaintiff to arrange for service by sheriff under that Rule unless the Defendant has no presence in this state and service should be made under Rule 4(e).

The clerk is to provide the Plaintiff with a signed summons. The Plaintiff is to serve that, his complaint and a copy of this order on Defendant. The court hereby enlarges time to allow such service which should be accomplished within 60 days of this date.

It is not the job of the court to service Defendant for Plaintiff, however, the court is obligated to provide a summons and direct the manner of service which, as stated above, shall be attempted under Rule 4(d)(7). This order also makes known to Vermont Sheriffs that costs of service on the Defendant in this case are waived under Rule 3.1 V.R.C.P..

Plaintiff's motion for default is premature as effective service has not yet been accomplished. So ordered.

Electronically signed on May 02, 2016 at 01:10 PM pursuant to V.R.E.F. 7(d).

Robert R. Bent,
Judge

Notifications:
Plaintiff Scott Lowe

PLAINTIFF'S
COPY

# STATE OF VERMONT

SUPERIOR COURT
Orleans Unit

CIVIL DIVISION
Docket No. 6-1-16 Oscv

Lowe vs. Pfizer, Inc.

## ENTRY REGARDING MOTION

Count 1, Negligence (6-1-16 Oscv)

Title:        Motion To Provide Service (Motion 3)
Filer:        Scott Lowe
Attorney:     Pro Se
Filed Date:   March 30, 2016
No response filed

**The motion is GRANTED IN PART.**

The court has reviewed the applicable rule and Plaintiff's filing. Rule 3.1 V.R.C.P. provides that on granting a Plaintiff the right to file in forma pauperis the clerk, "shall order service to be made by the appropriate method provided in Rule 4."

In this case, the appropriate manner of service appears to be pursuant to Rule 4(d)(7). This will require Plaintiff to arrange for service by sheriff under that Rule unless the Defendant has no presence in this state and service should be made under Rule 4(e).

The clerk is to provide the Plaintiff with a signed summons. The Plaintiff is to serve that, his complaint and a copy of this order on Defendant. The court hereby enlarges time to allow such service which should be accomplished within 60 days of this date.

It is not the job of the court to service Defendant for Plaintiff, however, the court is obligated to provide a summons and direct the manner of service which, as stated above, shall be attempted under Rule 4(d)(7). This order also makes known to Vermont Sheriffs that costs of service on the Defendant in this case are waived under Rule 3.1 V.R.C.P..

Plaintiff's motion for default is premature as effective service has not yet been accomplished. So ordered.

Electronically signed on May 02, 2016 at 01:10 PM pursuant to V.R.E.F. 7(d).

Robert R. Bent,
Judge

Notifications:
Plaintiff Scott Lowe

# STATE OF VERMONT

SUPERIOR COURT                                    CIVIL DIVISION
Orleans Unit                                      Docket No. 6-1-16 Oscv

| Lowe vs. Pfizer, Inc. |
|---|

## ENTRY REGARDING MOTION

Count 1, Negligence (6-1-16 Oscv)

Title:        Motion Motion to Make Order and Compel Service. (Motion 5)
Filer:        Scott Lowe
Attorney:     Pro Se
Filed Date:   June 1, 2016

No response filed

**The motion is DENIED IN PART.**
The court is not going to order the Orleans Sheriff to make service outside its normal jurisdictional area.

The court, on re-review, authorizes service under Rule 4(d)(7) on Pfizer's agent in Vermont. Service should be made by serving the summons and complaint and this and the previous court's order via the appropriate county sheriff.
The time to accomplish service is enlarged to August 15, 2016.
So ordered.

Electronically signed on July 12, 2016 at 04:55 PM pursuant to V.R.E.F. 7(d).

Robert R. Bent,
Judge

Notifications:
Plaintiff Scott Lowe
Robert B. Hemley (ERN 2941), Attorney for Defendant Pfizer, Inc.