UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

SCOTT A. LOWE )
   Plaintiff, )
)
v. ) Case No. 5:16-CV-248
)
PFIZER, INC., )
   Defendant. )

## ENTRY ORDER

In reviewing the notice of removal, the court notes that it appears to have been filed 31 days after service. Service occurred on August 15, 2016. The notice of removal was filed on September 15, 2016. Excluding the date of service (August 15), the 30-day time to remove permitted by 28 U.S.C. § 1446(b)(1) expired on September 14, 2016.

The court allows ten (10) days for submission of a memorandum from defendant in support of the timeliness of the notice of removal. The plaintiff may respond within ten (10) days of receipt of the memorandum if he desires, but no response is required.

Dated at Rutland, in the District of Vermont, this 27th day of October, 2016.

_____
Geoffrey W. Crawford, U.S. District Judge