UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

SCOTT A. LOWE,                    )
    Plaintiff                    )
                             )
        v.                    )    Docket No. 5:16-cv-248
                             )
PFIZER, INC.,                    )
    Defendant                    )

CONSENT TO REMAND

    Pfizer, Inc., through its attorneys, Gravel & Shea PC, upon consideration of the Court's

Entry Order dated October 27, 2016, and the other pleadings and proceedings herein, consents to

the remand of this case to the State of Vermont Superior Court, Orleans Division.

    Dated:       Burlington, Vermont
                 October 31, 2016

                                      */s/ Robert B. Hemley*
                                      Robert B. Hemley, Esq.
                                      Gravel & Shea PC
                                      76 St. Paul Street, 7th Floor, P.O. Box 369
                                      Burlington, VT 05402-0369
                                      (802) 658-0220
                                      rhemley@gravelshea.com
                                      For Defendant

gravel &
shea | ATTORNEYS AT LAW

76 St. Paul Street
Post Office Box 369
Burlington, Vermont  05402-0369

A PROFESSIONAL CORPORATION